UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY NAIMAN,<br>　　　　Plaintiff,<br>　　v.<br>FORTIS FUNDING GROUP LLC,<br>　　　　Defendant. | Case No. 19-cv-01160-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS; VACATING CASE MANAGEMENT CONFERENCE** |

On March 20, 2019, Plaintiff filed a notice of settlement of the individual claims. (Dkt. No. 8.) Accordingly, Plaintiff shall file a dismissal of the individual claims within 60 days, absent any extension ordered by the Court. To the extent the parties request that the Court retain jurisdiction over the matter, the Court notes that because Defendant has not appeared in the case and consented to magistrate jurisdiction, the Court will only be able to resolve any future disputes relating to the settlement if Defendant appears and files a consent. The Court cannot agree to retain jurisdiction on behalf of another judge.

It is unclear if Plaintiff also intends to dismiss the class claims. The Court observes that Federal Rule of Civil Procedure 23(e) requires court approval to dismiss class claims. *See Diaz v. Tr. Territory of Pac. Islands*, 876 F.2d 1401, 1408 (9th Cir. 1989). In determining whether dismissal is warranted, the Court "should inquire into possible prejudice from (1) class members' possible reliance on the filing of the action if they are likely to know of it either because of publicity or other circumstance, (2) lack of adequate time for class members to file other actions, because of a rapidly approaching statute of limitations, [and] (3) any settlement or concession of class interests made by the class representative or counsel in order to further their own interests." *Id.* Therefore, the Court ORDERS Plaintiff to file, within 60 days, a status report explaining

whether Plaintiff seeks to dismiss the class claims. If Plaintiff seeks dismissal of the class claims, Plaintiff shall explain why the Court may approve the dismissal, addressing the *Diaz* factors discussed above.

The Court VACATES the June 4, 2019 case management conference.

IT IS SO ORDERED.

Dated: April 2, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge